```
 1   DILLINGHAM & MURPHY, LLP
     CARLA J. HARTLEY (SBN 117213)
 2   BARBARA L. HARRIS CHIANG (SBN 206892)
     225 Bush Street, 6th Floor
 3   San Francisco, California 94104-4207
     Telephone:    (415) 397-2700
 4   Facsimile:    (415) 397-3300
 5
     Attorneys for Defendants
 6   R & L BROSAMER, INC., GUY CULP, JOHN
     POLEGARD, SHAWN OTHEIN and JOSE
 7   ESCOBEDO
 8
                    UNITED STATES DISTRICT COURT
 9
         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
10
```

| | |
|---|---|
| CHARLENE SHOEMAKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>R & L BROSAMER, INC., a California corporation; GUY CULP, an individual; JOHN POLEGARD, an individual; SHAWN OTHEIN, an individual; JOSE ESCOBEDO, an individual; and DOES 1 through 120, inclusive,<br><br>Defendants. | Case No. 08<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANTS R & L BROSAMER, INC., GUY CULP, JOHN POLEGARD, SHAWN OTHEIN AND JOSE ESCOBEDO |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  June 26, 2008                    DILLINGHAM & MURPHY, LLP
                                         CARLA J. HARTLEY
                                         BARBARA L. HARRIS CHIANG


                                  By:   /s/ Barbara L. Harris Chiang
                                        Attorneys for Defendants
                                        R & L BROSAMER, INC., GUY CULP, JOHN
                                        POLEGARD, SHAWN OTHEIN and JOSE
                                        ESCOBEDO