1 | DILLINGHAM & MURPHY, LLP
2 | CARLA J. HARTLEY (SBN 117213)
  | BARBARA L. HARRIS CHIANG (SBN 206892)
3 | 225 Bush Street, 6th Floor
  | San Francisco, California 94104-4207
4 | Telephone:  (415) 397-2700
  | Facsimile:  (415) 397-3300
5 |
6 | Attorneys for Defendants
  | R & L BROSAMER, INC., GUY CULP, JOHN
7 | POLEGARD, SHAWN OTHEIN and JOSE ESCOBEDO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLENE SHOEMAKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>R & L BROSAMER, INC., a California corporation; GUY CULP, an individual; JOHN POLEGARD, an individual; SHAWN OTHEIN, an individual; JOSE ESCOBEDO, an individual; and DOES 1 through 120, inclusive,<br><br>Defendants. | Case No. 08<br><br>CONSENT OF DEFENDANTS GUY CULP, JOHN POLEGARD, SHAWN OTHEIN AND JOSE ESCOBEDO TO REMOVAL OF ACTION BY DEFENDANT R & L BROSAMER, INC. |

Defendants GUY CULP, JOHN POLEGARD, SHAWN OTHEIN and JOSE ESCOBEDO hereby consent to the removal of this action by defendant R & L BROSAMER, INC. from the Superior Court of California, County of Contra Costa, to the United States District Court, Northern District of California, as described in defendant R & L Brosamer, Inc.'s Notice of Removal.

Dated: June 26, 2008

DILLINGHAM & MURPHY, LLP
CARLA J. HARTLEY
BARBARA L. HARRIS CHIANG

By: *Barbara L. Harris Chiang*
Attorneys for Defendants
R & L BROSAMER, INC., GUY CULP, JOHN POLEGARD, SHAWN OTHEIN AND JOSE ESCOBEDO