| | |
|---|---|
| 1 | DILLINGHAM & MURPHY, LLP |
| 2 | CARLA J. HARTLEY (SBN 117213)<br>BARBARA L. HARRIS CHIANG (SBN 206892) |
| 3 | 225 Bush Street, 6th Floor<br>San Francisco, California 94104-4207 |
| 4 | Telephone:   (415) 397-2700 |
|   | Facsimile:    (415) 397-3300 |
| 5 | |
| 6 | Attorneys for Defendants<br>R & L BROSAMER, INC., GUY CULP, JOHN |
|   | POLEGARD, SHAWN OTHEIN and JOSE |
| 7 | ESCOBEDO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLENE SHOEMAKER, an individual, | Case No. 08-3098 |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | WDB |
| R & L BROSAMER, INC., a California corporation; GUY CULP, an individual; JOHN POLEGARD, an individual; SHAWN OTHEIN, an individual; JOSE ESCOBEDO, an individual; and DOES 1 through 120, inclusive, | |
| Defendants. | |

Case No. _____
CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I am a citizen of the United States, and employed in the City and County of San Francisco. I am over the age of eighteen (18) years, and not a party to the within above-entitled action. My business address is 225 Bush Street, Sixth Floor, San Francisco, California 94104-4207. On June 26, 2008, I served the following document on the party listed below:

1. CIVIL COVER SHEET

2. NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) AND 1446 [FEDERAL QUESTION]

3. CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANTS R & L BROSAMER, INC., GUY CULP, JOHN POLEGARD, SHAWN OTHEIN AND JOSE ESCOBEDO

4. CONSENT OF DEFENDANTS GUY CULP, JOHN POLEGARD, SHAWN OTHEIN AND JOSE ESCOBEDO TO REMOVAL OF ACTION BY DEFENDANT R & L BROSAMER, INC.

XX   (BY MAIL) By depositing for collection and mailing, following ordinary business practices, a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the U.S. Postal Service. The correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

Sofian S. Dawood
LAW OFFICES OF
  SOFIAN SOLOMON DAWOOD
Monterey Office Building
7170 N. Financial Drive, Suite 101
Fresno, CA 93720
Tel: 559-447-8768
Fax: 559-447-8765
*Attorneys for Plaintiff*
*CHARLENE SHOEMAKER*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 26, 2008, at San Francisco, California.

_____
Mardoux Torrise

Case No. _____
CERTIFICATE OF SERVICE