```
 1  DILLINGHAM & MURPHY, LLP
    CARLA J. HARTLEY (SBN 117213)
 2  BARBARA L. HARRIS CHIANG (SBN 206892)
    225 Bush Street, 6th Floor
 3  San Francisco, California 94104-4207
    Telephone:   (415) 397-2700
 4  Facsimile:   (415) 397-3300
 5
        Attorneys for Defendants
 6      R & L BROSAMER, INC., GUY CULP, JOHN
        POLEGARD, SHAWN OTHEIN and JOSE
 7      ESCOBEDO
 8
 9                    UNITED STATES DISTRICT COURT
10         NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION
```

| | |
|---|---|
| CHARLENE SHOEMAKER, an individual, | Case No. CV 08-3098 WDB |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| R & L BROSAMER, INC., a California corporation; GUY CULP, an individual; JOHN POLEGARD, an individual; SHAWN OTHEIN, an individual; JOSE ESCOBEDO, an individual; and DOES 1 through 120, inclusive, | |
| Defendants. | |

Case No. CV 08-3098 WDB
CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I am a citizen of the United States, and employed in the City and County of San Francisco. I am over the age of eighteen (18) years, and not a party to the within above-entitled action. My business address is 225 Bush Street, Sixth Floor, San Francisco, California 94104-4207. On June 26, 2008, I served the following document on the party listed below:

1. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

2. **STANDING ORDER U.S. MAGISTRATE JUDGE WAYNE D. BRAZIL**

3. **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

4. **U.S. DISTRICT COURT NORTHERN CALIFORNIA – ECF REGISTRATION INFORMATION HANDOUT**

5. **CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA**

6. **PUBLIC NOTICE – MAGISTRATE JUDGE**

XX   **(BY MAIL)** By depositing for collection and mailing, following ordinary business practices, a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the U.S. Postal Service. The correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

Sofian S. Dawood
LAW OFFICES OF
  SOFIAN SOLOMON DAWOOD
Monterey Office Building
7170 N. Financial Drive, Suite 101
Fresno, CA 93720
Tel: 559-447-8768
Fax: 559-447-8765
*Attorneys for Plaintiff*
**CHARLENE SHOEMAKER**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 26, 2008, at San Francisco, California.

Mardoux Torrise

Case No. CV 08-3098 WDB
CERTIFICATE OF SERVICE