| | |
|---|---|
| 1 | DILLINGHAM & MURPHY, LLP |
| 2 | CARLA J. HARTLEY (SBN 117213)<br>BARBARA L. HARRIS CHIANG (SBN 206892) |
| 3 | 225 Bush Street, 6th Floor<br>San Francisco, California 94104-4207 |
| 4 | Telephone:   (415) 397-2700 |
|   | Facsimile:    (415) 397-3300 |
| 5 | |
| 6 | Attorneys for Defendants<br>R & L BROSAMER, INC., GUY CULP, JOHN<br>POLEGARD, SHAWN OTHEIN and JOSE |
| 7 | ESCOBEDO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| CHARLENE SHOEMAKER, an individual, | Case No. CV 08-3098 WDB |
| Plaintiff, | |
| v. | **DEMAND FOR JURY TRIAL BY DEFENDANTS R & L BROSAMER, INC. AND GUY CULP** |
| R & L BROSAMER, INC., a California corporation; GUY CULP, an individual; JOHN POLEGARD, an individual; SHAWN OTHEIN, an individual; JOSE ESCOBEDO, an individual; and DOES 1 through 120, inclusive, | |
| Defendants. | |

## **JURY TRIAL DEMAND**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendants R & L. BROASMER, INC. and GUY CULP demand a jury trial on all issues, except issues seeking equitable relief.

Dated: July 3, 2008              DILLINGHAM & MURPHY, LLP
                                 CARLA J. HARTLEY
                                 BARBARA L. HARRIS CHIANG

                          By:    /s/_____
                                 Attorneys for Defendants
                                 R & L BROSAMER, INC., GUY CULP, JOHN
                                 POLEGARD, SHAWN OTHEIN and JOSE
                                 ESCOBEDO

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

## CERTIFICATE OF SERVICE

I am a citizen of the United States, and employed in the City and County of San Francisco. I am over the age of eighteen (18) years, and not a party to the within above-entitled action. My business address is 225 Bush Street, Sixth Floor, San Francisco, California 94104-4207. On July 3, 2008, I served the following document on the party listed below:

**DEMAND FOR JURY TRIAL BY DEFENDANTS
R & L BROSAMER, INC. AND GUY CULP**

XX    (BY MAIL) By depositing for collection and mailing, following ordinary business practices, a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the U.S. Postal Service. The correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

Sofian S. Dawood
LAW OFFICES OF
  SOFIAN SOLOMON DAWOOD
Monterey Office Building
7170 N. Financial Drive, Suite 101
Fresno, CA 93720
Tel: 559-447-8768
Fax: 559-447-8765
*Attorneys for Plaintiff*
**CHARLENE SHOEMAKER**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 3, 2008, at San Francisco, California.

_____
Mardoux Torrise

Case No. CV 08-3098 WDB
CERTIFICATE OF SERVICE