IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLENE SHOEMAKER

        Plaintiff,

 v.

R&L BROSAMER INC.

        Defendant.

NO. CV 08-03098 WDB

**CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY DOCKET NOS. 1 - 4.**

On June 26, 2008, counsel for Defendants filed a Notice of Removal, docket #1; Certificate of Interested Entities, docket #2; Consent to Defendants Removal of Action, docket #3; Certificate of Service, docket #4, manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned paper document has been filed and docketed. However, General Order 45 provides at Section III that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for Defendants should submit the Notice of Removal, docket #1; Certificate of Interested Entities, docket #2; Consent to Defendants Removal of Action, docket #3; Certificate of Service, docket #4, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do ***not*** e-file a document which has been previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.

Dated: July 11, 2008

*Cynthia J. Lenahan*

Cynthia Lenahan
Deputy Clerk

**United States District Court**
For the Northern District of California