DILLINGHAM & MURPHY, LLP
CARLA J. HARTLEY (SBN 117213)
BARBARA L. HARRIS CHIANG (SBN 206892)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:    (415) 397-2700
Facsimile:    (415) 397-3300

Attorneys for Defendants
R & L BROSAMER, INC., GUY CULP, JOHN POLEGARD, SHAWN OTHEIN and JOSE ESCOBEDO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| CHARLENE SHOEMAKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>R & L BROSAMER, INC., a California corporation; GUY CULP, an individual; JOHN POLEGARD, an individual; SHAWN OTHEIN, an individual; JOSE ESCOBEDO, an individual; and DOES 1 through 120, inclusive,<br><br>Defendants. | Case No. CV 08-3098 WDB<br><br>SUPPLEMENTAL SUBMISSION OF ADDITIONAL STATE COURT PLEADING |

TO PLAINTIFF CHARLENE SHOEMAKER, AND HER ATTORNEY OF RECORD, AND TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Defendant R & L BROSAMER, INC. respectfully submits the following additional document which was filed prior to removal in Action No. C08-00913 in the Superior Court of the State of California in the County of Contra Costa, styled <u>CHARLENE SHOEMAKER, an individual, v. R & L BROSAMER, INC., a California corporation; GUY CULP, an individual; JOHN POLEGARD, an individual; SHAWN OTHEIN, an individual; JOSE ESCOBEDO, an individual; and DOES 1 through 120, inclusive</u>":

///

///

Page 1 - Case No. CV 08-3098 WDB
SUPPLEMENTAL SUBMISSION OF ADDITIONAL STATE COURT PLEADING

1.     Answer of Defendants R&L Brosamer, Inc. and Guy Culp to Unverified First Amended Complaint (a true and correct copy is attached hereto as Exhibit A).

Dated: July 16, 2008

DILLINGHAM & MURPHY, LLP
CARLA J. HARTLEY
BARBARA L. HARRIS CHIANG

By:   /s/ _____
Attorneys for Defendants
R & L BROSAMER, INC., GUY CULP, JOHN POLEGARD, SHAWN OTHEIN and JOSE ESCOBEDO

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Exhibit A

DILLINGHAM & MURPHY, LLP
CARLA J. HARTLEY (SBN 117213)
BARBARA L. HARRIS CHIANG (SBN 206892)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:   (415) 397-2700
Facsimile:   (415) 397-3300

Attorneys for Defendants
R & L BROSAMER, INC. AND GUY CULP

FILED
2008 JUN 26  A 9:32
K. TORRE, CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CALIF.
BY: _____
    J. MYOVICH, DEPUTY CLERK

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF CONTRA COSTA

| | |
|---|---|
| CHARLENE SHOEMAKER, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>R & L BROSAMER, INC., a California corporation; GUY CULP, an individual; JOHN POLEGARD, an individual; SHAWN OTHEIN, an individual; JOSE ESCOBEDO, an individual; and DOES 1 through 120, inclusive,<br><br>　　　　　　　Defendants. | Case No. C 08-00913<br><br>ANSWER OF DEFENDANTS R & L BROSAMER, INC. AND GUY CULP TO UNVERIFIED FIRST AMENDED COMPLAINT<br><br>BY FAX |

COME NOW the defendants R & L BROSAMER, INC. and GUY CULP and answer the First Amended Complaint on file herein as follows:

GENERAL DENIAL

1.   It appearing herein that the First Amended Complaint on file is unverified, defendants hereby file their general denial pursuant to the Code of Civil Procedure section 431.30(d).

2.   Defendants herein deny generally and specifically, each and every allegation of said First Amended Complaint, both conjunctively and disjunctively and the whole thereof, and deny further that plaintiff has been damaged in the amount claimed or in any other sum whatsoever or at all.

///

Page 1 - Case No. C 08-00913
Answer of Defendants R & L Brosamer, Inc. and Guy Culp to Unverified First Amended Complaint

## AFFIRMATIVE DEFENSES

1. AS A FIRST AFFIRMATIVE DEFENSE, these answering defendants allege that the First Amended Complaint and each cause of action alleged therein fails to state facts sufficient to constitute a cause of action as to this answering defendant.

2. AS A SECOND AFFIRMATIVE DEFENSE, these answering defendant allege that the causes of action stated in the First Amended Complaint are barred by the applicable statute of limitations, including but not limited to California Government Code section 12960; California Code of Civil Procedure sections 337-340; and California Labor Code section 3600 et seq.

3. AS A THIRD AFFIRMATIVE DEFENSE, these answering defendants allege that plaintiff has unreasonably delayed in bringing this action to the prejudice of these answering defendants and is therefore barred by the doctrine of laches.

4. AS A FOURTH AFFIRMATIVE DEFENSE, these answering defendants allege that plaintiff's First Amended Complaint, and each cause of action alleged therein, is barred by virtue of plaintiff's conduct under the doctrine of unclean hands.

5. AS A FIFTH AFFIRMATIVE DEFENSE, these answering defendants allege that plaintiff has waived her right to recover as set forth in the First Amended Complaint.

6. AS A SIXTH AFFIRMATIVE DEFENSE, these answering defendants allege that plaintiff has directed, ordered, approved and/or ratified defendant's conduct, and is therefore estopped from asserting any claims against defendant.

7. AS A SEVENTH AFFIRMATIVE DEFENSE, these answering defendants allege that defendants' conduct, as alleged by plaintiff, was privileged under California law.

8. AS AN EIGHTH AFFIRMATIVE DEFENSE, these answering defendants allege that any recovery on the First Amended Complaint is barred in whole or in part on grounds that any action taken by defendants with respect to plaintiff was undertaken for legitimate nondiscriminatory or non-retaliatory reasons and with good cause.

9. AS A NINTH AFFIRMATIVE DEFENSE, these answering defendants allege that plaintiff's First Amended Complaint is barred by the after-acquired evidence doctrine.

10. AS A TENTH AFFIRMATIVE DEFENSE, these answering defendants allege that

Answer of Defendants R & L Brosamer, Inc. and Guy Culp to Unverified First Amended Complaint

plaintiff's First Amended Complaint is barred, in whole or in part, by the exclusive remedy provisions of the California Workers' Compensation Act.

11.     AS AN ELEVENTH AFFIRMATIVE DEFENSE, these answering defendants allege that plaintiff, by the exercise of reasonable effort and/or care, could have mitigated the amount of damages alleged to have been suffered, but plaintiff has failed, neglected and refused, and continues to fail and refuse to exercise a reasonable effort to mitigate the damages.

12.     AS A TWELFTH AFFIRMATIVE DEFENSE, these answering defendants allege that at the times and places mentioned in the First Amended Complaint, plaintiff was careless, reckless and negligent in and about the matters and things alleged in the First Amended Complaint, which said carelessness, recklessness and negligence concurred in point of time with the alleged negligence of the defendant, if any there may have been, and legally caused and contributed to whatever injury and/or damage plaintiff may have sustained, if any, and recovery by the plaintiff, if any, should be proportionately reduced according to the percentage of fault of the plaintiff.

13.     AS A THIRTEENTH AFFIRMATIVE DEFENSE, these answering defendants allege that in addition to the aforementioned negligence of the plaintiff, any damages incurred by the plaintiff were directly and proximately caused and contributed to by the comparative negligence of third persons.

14.     AS A FOURTEENTH AFFIRMATIVE DEFENSE, these answering defendants allege that this Court lacks subject matter jurisdiction in that plaintiff failed to timely and properly exhaust administrative remedies.

15.     AS A FIFTEENTH AFFIRMATIVE DEFENSE, these answering defendants allege that the damages alleged by plaintiff are barred by the doctrine of avoidable consequences.

16.     AS A SIXTEENTH AFFIRMATIVE DEFENSE, this answering defendant alleges that the claims alleged in the First Amended Complaint are preempted by federal law, including but not limited to, Section 301 of the Labor Management Relations Act (29 U.S.C. §185 *et al.*).

17.     AS A SEVENTEENTH AFFIRMATIVE DEFENSE, these answering defendants allege that plaintiff was a union-represented employee, subject to the provisions of a collective

bargaining agreement, and that plaintiff failed to follow the grievance procedure contained in the collective bargaining agreement.

18.   AS AND FOR AN EIGHTEENTH AFFIRMATIVE DEFENSE, these answering defendants allege and avers that defendant did not act willfully in violation of the California Labor Code and Wage Orders.

19.   AS AND FOR A NINETEENTH AFFIRMATIVE DEFENSE, these answering defendants allege that in compensating plaintiff they acted at all times in good faith and had reasonable grounds to believe that it was complying with the FLSA.

20.   AS AND FOR A TWENTIETH AFFIRMATIVE DEFENSE, defendants allege and aver that all conduct of which plaintiff complains was a just and proper exercise of business judgment undertaken for a fair and honest reason and regulated by good faith under the conditions then existing.

21.   AS AND FOR A TWENTY-FIRST AFFIRMATIVE DEFENSE, defendants allege that plaintiff's rate of pay was based on a merit system; neutral, legitimate factors other than sex; and/or bona fide factors other than sex.

PRAYER

WHEREFORE, defendants pray that plaintiff take nothing by reason of her First Amended Complaint, that defendants be awarded costs of suit incurred herein, including reasonable attorneys' fees, and for such other and further relief as the court deems just.

Dated:  June 24, 2008

DILLINGHAM & MURPHY, LLP
CARLA J. HARTLEY
BARBARA L. HARRIS CHIANG

By: _____
Attorneys for Defendants
R & L BROSAMER, INC. AND GUY CULP

Page 4 - Case No. C 08-00913
Answer of Defendants R & L Brosamer, Inc. and Guy Culp to Unverified First Amended Complaint

## PROOF OF SERVICE

I am a citizen of the United States, and employed in the City and County of San Francisco. I am over the age of eighteen (18) years, and not a party to the within above-entitled action. My business address is 225 Bush Street, Sixth Floor, San Francisco, California 94104-4207. On June 26, 2008, I served the following document on the party listed below:

ANSWER OF DEFENDANTS R & L BROSAMER, INC.
AND GUY CULP TO UNVERIFIED FIRST AMENDED COMPLAINT

XX   **(BY MAIL)** By depositing for collection and mailing, following ordinary business practices, a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the U.S. Postal Service. The correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

☐   **(BY PERSONAL SERVICE)** By causing a true copy thereof enclosed to be personally delivered on the date indicated below.

☐   **(BY OVERNIGHT DELIVERY)** By causing a true copy thereof, enclosed in a sealed envelope, to be delivered via overnight courier service.

☐   **(BY FAX AND BY MAIL)** By sending a true copy thereof by facsimile machine to the number listed below, and then depositing for collection and mailing, following ordinary business practices, a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid.

Sofian S. Dawood
LAW OFFICES OF
  SOFIAN SOLOMON DAWOOD
Monterey Office Building
7170 N. Financial Drive, Suite 101
Fresno, CA 93720
Tel: 559-447-8768
Fax: 559-447-8765
*Attorneys for Plaintiff*
***CHARLENE SHOEMAKER***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 26, 2008, at San Francisco, California.

_____
Mardoux Torrise

Case No. C 08-00913
PROOF OF SERVICE

## CERTIFICATE OF SERVICE

I am a citizen of the United States, and employed in the City and County of San Francisco. I am over the age of eighteen (18) years, and not a party to the within above-entitled action. My business address is 225 Bush Street, Sixth Floor, San Francisco, California 94104-4207. On July 16, 2008, I served the following document on the party listed below:

**SUPPLEMENTAL SUBMISSION OF ADDITIONAL STATE COURT PLEADING**

XX **(BY MAIL)** By depositing for collection and mailing, following ordinary business practices, a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the U.S. Postal Service. The correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

☐ **(BY PERSONAL SERVICE)** By causing a true copy thereof enclosed to be personally delivered on the date indicated below.

☐ **(BY OVERNIGHT DELIVERY)** By causing a true copy thereof, enclosed in a sealed envelope, to be delivered via overnight courier service.

☐ **(BY FAX AND BY MAIL)** By sending a true copy thereof by facsimile machine to the number listed below, and then depositing for collection and mailing, following ordinary business practices, a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid.

Sofian S. Dawood
LAW OFFICES OF
  SOFIAN SOLOMON DAWOOD
Monterey Office Building
7170 N. Financial Drive, Suite 101
Fresno, CA 93720
Tel: 559-447-8768
Fax: 559-447-8765
*Attorneys for Plaintiff*
**CHARLENE SHOEMAKER**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 16, 2008, at San Francisco, California.

Mardoux Torrise

CERTIFICATE OF SERVICE