```
DILLINGHAM & MURPHY, LLP
CARLA J. HARTLEY (SBN 117213)
BARBARA L. HARRIS CHIANG (SBN 206892)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:   (415) 397-2700
Facsimile:   (415) 397-3300

Attorneys for Defendants
R & L BROSAMER, INC., GUY CULP, JOHN
POLEGAR, SHAWN OTHEIN and JOSE
ESCOBEDO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| CHARLENE SHOEMAKER, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>R & L BROSAMER, INC., a California corporation; GUY CULP, an individual; JOHN POLEGARD, an individual; SHAWN OTHEIN, an individual; JOSE ESCOBEDO, an individual; and DOES 1 through 120, inclusive,<br><br>　　　　　　Defendants. | Case No. CV 08-3098 WDB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS POLEGAR, OTHEIN, AND ESCOBEDO'S MOTION TO DISMISS**<br><br>Date:　　　September 24, 2008<br>Time:　　　1:30 p.m.<br>Dept.:　　　Courtroom 4<br><br>Magistrate Judge Wayne D. Brazil |

　　　　On September 24, 2008, defendants JOHN POLEGAR ("Polegar") [incorrectly named as John Polegard], SHAWN OTHEIN ("Othein"), and JOSE ESCOBEDO's ("Escobedo") (collectively "Individual Defendants") Motion to Dismiss came before this Court. After reviewing all pleadings submitted in support and opposition of the motion the Court finds as follows:

　　　　1. The Fourth Cause of Action for Unlawful Retaliation In Employment in Violation of California Government Code Section 12940, *et. seq.*, against the Individual Defendants is dismissed without leave to amend;

　　　　2. The Fifth Cause of Action for Wrongful Termination and Retaliation in Violation of Public Policy against the Individual Defendants is dismissed without leave to amend;

　　　　3. The Eighth Cause of Action for Intentional Infliction of Emotional Distress against the Individual Defendants is dismissed without leave to amend; and,

    4.  The Ninth Cause of Action for Negligent Infliction of Emotional Distress against the Individual Defendants is dismissed without leave to amend.

IT IS SO ORDERED.

Dated _____, 2008

_____
United States District Court Judge