1
2
3
4
5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8

Charlene Shoemaker, an individual,

9                                                       No. C 08-3098-WDB

10             Plaintiff(s),                   **CONSENT TO PROCEED BEFORE A**
                                               **UNITED STATES MAGISTRATE JUDGE**
11      v.

R & L Brosamer, Inc. a California corporation;
12    Guy Culp, an individual, et al.

13             Defendant(s).
                                                    /
14   _____

15        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17   hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18   proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

19   judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20

21   Dated: July 18, 2008                              /s/
                                                 _____
22                                               Signature

23                                               Counsel for  Defendants
                                                 (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28