```
 1  DILLINGHAM & MURPHY, LLP
    CARLA J. HARTLEY (SBN 117213)
 2  BARBARA L. HARRIS CHIANG (SBN 206892)
 3  225 Bush Street, 6th Floor
    San Francisco, California 94104-4207
 4  Telephone:    (415) 397-2700
    Facsimile:    (415) 397-3300
 5
       Attorneys for Defendants
 6  R & L BROSAMER, INC., GUY CULP, JOHN
    POLEGAR, SHAWN OTHEIN and JOSE
 7  ESCOBEDO
```

 8                     UNITED STATES DISTRICT COURT

 9            NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| CHARLENE SHOEMAKER, an individual, | Case No. CV 08-3098 WDB |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | Date:     September 24, 2008<br>Time:     1:30 p.m.<br>Dept.:    Courtroom 4 |
| R & L BROSAMER, INC., a California corporation; GUY CULP, an individual; JOHN POLEGARD, an individual; SHAWN OTHEIN, an individual; JOSE ESCOBEDO, an individual; and DOES 1 through 120, inclusive, | Magistrate Judge Wayne D. Brazil |
| Defendants. | |

Page 1 - Case No. CV 08-3098 WDB
Certificate of Service

# CERTIFICATE OF SERVICE

I am a citizen of the United States, and employed in the City and County of San Francisco. I am over the age of eighteen (18) years, and not a party to the within above-entitled action. My business address is 225 Bush Street, Sixth Floor, San Francisco, California 94104-4207. On July 18, 2008, I served the following document on the party listed below:

1. NOTICE OF MOTION AND OPENING BRIEF IN SUPPORT OF DEFENDANTS POLEGAR, OTHEIN, AND ESCOBEDO'S MOTION TO DISMISS

2. DECLARATION OF BARBARA L. HARRIS CHIANG IN SUPPORT OF DEFENDANTS POLEGAR, OTHEIN, AND ESCOBEDO'S MOTION TO DISMISS

3. COPIES OF AUTHORITIES IN SUPPORT OF DEFENDANTS POLEGAR, OTHEIN, AND ESCOBEDO'S MOTION TO DISMISS

4. [PROPOSED] ORDER GRANTING DEFENDANTS POLEGAR, OTHEIN, AND ESCOBEDO'S MOTION TO DISMISS

5. CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

**XX** **(BY MAIL)** By depositing for collection and mailing, following ordinary business practices, a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the U.S. Postal Service. The correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

Sofian S. Dawood
LAW OFFICES OF
  SOFIAN SOLOMON DAWOOD
Monterey Office Building
7170 N. Financial Drive, Suite 101
Fresno, CA 93720
Tel: 559-447-8768
Fax: 559-447-8765
*Attorneys for Plaintiff*
*CHARLENE SHOEMAKER*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 18, 2008, at San Francisco, California.

_____
Mardoux Torrise