1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                    NORTHERN DISTRICT OF CALIFORNIA
8
9                                              No. CV 08-3098 WDB
10           Plaintiff(s),
                                               **CONSENT TO PROCEED BEFORE A**
11    v.                                       **UNITED STATES MAGISTRATE JUDGE**
12
13           Defendant(s).
                                    /
14
15         CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
16         In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17   hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18   proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
19   judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
20
21   Dated: 7/31/2008                          Sofian Solomon Dawood
                                               Signature
22
                                               Counsel for   PLAINTIFF
23                                             (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28