1  **SOFIAN DAWOOD 250363**
   **LAW OFFICES OF SOFIAN SOLOMON DAWOOD**
2  7170 N. Financial Dr., Suite 101
   Fresno, California 93720
3  Telephone:  (559) 447-8768
   Facsimile:   (559) 447-8765
4

5  Attorneys for Plaintiff
   CHARLENE SHOEMAKER
6

7                    UNITED STATES DISTRICT COURT

8         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

9                                 * * *

10 | CHARLENE SHOEMAKER, an individual, ) | Case No.  CV 08-3098
11 |                                    ) |
   |          Plaintiff,                ) |
12 |                                    ) | **CERTIFICATE OF SERVICE**
   |     vs.                            ) |
13 |                                    ) |
   |                                    ) | Date:   September 24, 2008
14 | R & L BROSAMER, INC., a California ) | Time:   1:30 p.m.
   | corporation; GUY CULP, an individual;) | Dept.:  Courtroom 4
15 | JOHN POLEGARD, an individual;      ) | Judge:  Wayne D. Brazil
   | SHAWN OTHEIN, an individual; JOSE  ) | Place:  United States District Court
16 | ESCOBEDO, an individual; and DOES 1 ) |         450 Golden Gate Ave.
   | through 120, inclusive,            ) |         San Francisco, California 94102
17 |                                    ) |
   |                                    ) |
18 |          Defendants.               ) |
   |                                    ) |
19 |                                    ) |

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

                                    1
                         CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I declare that I am employed in the County of Fresno, California. I am over the age of 18 years and not a party to this action. My business address is 7170 N. Financial Dr., Suite 101, Fresno, California 93720.

On August, 13, 2008, I served the following on each interested party in said cause as indicated below:

1) **NOTICE OF MOTION AND MOTION FOR REMAND; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

2) **DECLARATION OF SOFIAN SOLOMON DAWOOD IN SUPPORT OF MOTION FOR REMAND;**

3) **[PROPOSED] ORDER GRANTING MOTION FOR REMAND; and**

4) **This CERTIFICATE OF SERVICE.**

[ ]  **(By Facsimile)** I caused a copy of said pleading(s) to be sent via facsimile transmission to the interested parties at:

[X]  **(By Regular Mail)** I caused a copy of said pleading(s) to be placed in a United States mail depository, at Fresno, California, in a sealed envelope, with postage fully prepared to the below addressee(s):

Dillingham & Murphy, LLP
Attn: Carla J. Harley and Barbara L. Harris Chiang
225 Bush Street, 6th Floor
San Francisco, California 94104-4207

Executed on **August 13, 2008** at Fresno, California.

I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct.

/s/ Saed Dawood
SAED DAWOOD