1  **SOFIAN DAWOOD 250363**
   **LAW OFFICES OF SOFIAN SOLOMON DAWOOD**
2  7170 N. Financial Dr., Suite 101
   Fresno, California 93720
3  Telephone:  (559) 447-8768
   Facsimile:   (559) 447-8765
4

5  Attorneys for Plaintiff
   CHARLENE SHOEMAKER
6

7                      **UNITED STATES DISTRICT COURT**

8         **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

9                                    * * *

10  CHARLENE SHOEMAKER, an individual, )    Case No.  CV 08-3098
                                       )
11                                     )
                                       )
12              Plaintiff,             )
                                       )    **[PROPOSED] ORDER GRANTING**
13        vs.                          )    **MOTION FOR REMAND**
                                       )
14  R & L BROSAMER, INC., a California )    Date:  September 24, 2008
    corporation; GUY CULP, an individual; )  Time:  1:30 p.m.
15  JOHN POLEGARD, an individual;      )    Dept.:   Courtroom 4
    SHAWN OTHEIN, an individual; JOSE  )    Judge:  Wayne D. Brazil
16  ESCOBEDO, an individual; and DOES 1 )   Place:  United States District Court
    through 120, inclusive,            )             450 Golden Gate Ave.
17                                     )             San Francisco, California 94102
                                       )
18              Defendants.            )
                                       )
19  _____ )

20          On September 24, 2008, Plaintiff CHARLENE SHOEMAKER's Motion for

21  Remand came before this Court. After reviewing all pleadings submitted in support and

22  opposition of the motion the Court finds as follows:

23          The entire above-captioned matter is remanded to Superior Court of the State of

24  California in the County of Contra Costa.

25

26          IT IS SO ORDERED.

27  Dated_____, 2008          _____

28                                   United States District Court Judge

Law Offices of Sofian
Solomon Dawood
7170 N. Financial Drive,
Suite 101
Fresno, CA  93720