| | |
|---|---|
| 1 | **SOFIAN DAWOOD 250363** |
| | **LAW OFFICES OF SOFIAN SOLOMON DAWOOD** |
| 2 | 7170 N. Financial Dr., Suite 101 |
| | Fresno, California 93720 |
| 3 | Telephone:  (559) 447-8768 |
| | Facsimile:   (559) 447-8765 |
| 4 | |
| 5 | Attorneys for Plaintiff |
| | CHARLENE SHOEMAKER |
| 6 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

* * *

| | | |
|---|---|---|
| 10 | CHARLENE SHOEMAKER, an individual, ) | Case No.  CV 08-3098 |
| 11 | ) | |
| | Plaintiff, ) | |
| 12 | ) | **CERTIFICATE OF SERVICE** |
| | vs. ) | |
| 13 | ) | |
| | ) | Date:    September 24, 2008 |
| 14 | R & L BROSAMER, INC., a California ) | Time:    1:30 p.m. |
| | corporation; GUY CULP, an individual; ) | Dept.:   Courtroom 4 |
| 15 | JOHN POLEGARD, an individual; ) | Judge:  Wayne D. Brazil |
| | SHAWN OTHEIN, an individual; JOSE ) | Place:   United States District Court |
| 16 | ESCOBEDO, an individual; and DOES 1 ) | 450 Golden Gate Ave. |
| | through 120, inclusive, ) | San Francisco, California 94102 |
| 17 | ) | |
| | ) | |
| 18 | Defendants. ) | |
| | ) | |
| 19 | ) | |

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1
CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I declare that I am employed in the County of Fresno, California. I am over the age of 18 years and not a party to this action. My business address is 7170 N. Financial Dr., Suite 101, Fresno, California 93720.

On August, 13, 2008, I served the following on each interested party in said cause as indicated below:

1) **NOTICE OF MOTION AND MOTION FOR REMAND; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

2) **DECLARATION OF SOFIAN SOLOMON DAWOOD IN SUPPORT OF MOTION FOR REMAND;**

3) **[PROPOSED] ORDER GRANTING MOTION FOR REMAND; and**

4) **This CERTIFICATE OF SERVICE.**

[ ] **(By Facsimile)** I caused a copy of said pleading(s) to be sent via facsimile transmission to the interested parties at:

[X] **(By Regular Mail)** I caused a copy of said pleading(s) to be placed in a United States mail depository, at Fresno, California, in a sealed envelope, with postage fully prepared to the below addressee(s):

Dillingham & Murphy, LLP
Attn: Carla J. Harley and Barbara L. Harris Chiang
225 Bush Street, 6th Floor
San Francisco, California 94104-4207

Executed on **August 13, 2008** at Fresno, California.

I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct.

/s/ Saed Dawood
SAED DAWOOD

Law Offices of Sofian Solomon Dawood
7170 N. Financial Drive, Suite 101
Fresno, CA 93720