1  SOFIAN DAWOOD 250363
   **LAW OFFICES OF SOFIAN SOLOMON DAWOOD**
2  7170 N. Financial Dr., Suite 101
   Fresno, California 93720
3  Telephone:  (559) 447-8768
   Facsimile:   (559) 447-8765
4

5  Attorneys for Plaintiff
   CHARLENE SHOEMAKER
6

7              UNITED STATES DISTRICT COURT

8      NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

9                          * * *

10 CHARLENE SHOEMAKER, an individual, )   Case No.  CV 08-3098 WDB
                                      )
11                                    )
                                      )
12         Plaintiff,                 )   **CERTIFICATE OF SERVICE**
                                      )
13     vs.                            )
                                      )
14 R & L BROSAMER, INC., a California )   Date:   September 24, 2008
   corporation; GUY CULP, an individual; )  Time:   1:30 p.m.
15 JOHN POLEGARD, an individual;      )   Dept.:  Courtroom 4
   SHAWN OTHEIN, an individual; JOSE  )   Judge:  Magistrate Judge Wayne D. Brazil
16 ESCOBEDO, an individual; and DOES 1 )  Place:  United States District Court
   through 120, inclusive,            )
17                                    )
                                      )
18         Defendants.                )
                                      )
19 _____)

20                   **CERTIFICATE OF SERVICE**

21         I declare that I am employed in the County of Fresno, California. I am over the

22 age of 18 years and not a party to this action. My business address is 7170 N. Financial Dr., Suite

23 101, Fresno, California 93720.

24         On September 3, 2008, I served the following on each interested party in said

25 cause as indicated below:

26   1)    **PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS POLEGAR, OTHEIN, AND ESCOBEDO'S MOTION TO DISMISS; and**

27

28   2)    **This CERTIFICATE OF SERVICE.**

                              1
                     CERTIFICATE OF SERVICE

1  [ ]   **(By Facsimile)** I caused a copy of said pleading(s) to be sent via facsimile transmission to the interested parties at:

2  

3  [ ]   **(By Regular Mail)** I caused a copy of said pleading(s) to be placed in a United States mail depository, at Fresno, California, in a sealed envelope, with postage fully prepared to the below addressee(s):

4  

5  [X]   **(By Express Mail):**  By placing true copies thereof enclosed in sealed envelopes addressed as set forth below.  I caused such envelope(s) with overnight delivery fees paid to be picked up by an OnTrac carrier for overnight delivery (for next business day delivery) at Fresno, California.

Dillingham & Murphy, LLP
Attn: Carla J. Harley
225 Bush Street, 6th Floor
San Francisco, California 94104-4207

Executed on **September 3, 2008** at Fresno, California.

I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct.

                                      /s/ Sofian Dawood
                                      SOFIAN DAWOOD

Law Offices of Sofian Solomon Dawood
7170 N. Financial Drive,
Suite 101
Fresno, CA  93720