Case 4:08-cv-03098-WDB Document 49 Filed 11/10/2008 Page 1 of 4

LAW OFFICES OF SOFIAN SOLOMON DAWOOD
SOFIAN S. DAWOOD (SBN 250363)
Monterey Office Building
7170 N. Financial Drive, Suite 101
Fresno, CA 93720
Telephone: (559) 447-8768
Facsimile: (559) 447-8765

BOULDEN & GIANNETTA
A PROFESSIONAL LAW CORPORATION
JESSICA LYNNE GIANNETTA (SBN 234220)
7522 N Colonial Ave
Fresno, CA, 93711
Telephone: (559) 408-7408
Facsimile: (559) 553-6220

Attorneys for Plaintiff
CHARLENE SHOEMAKER

DILLINGHAM & MURPHY, LLP
CARLA J. HARTLEY (SBN 117213)
BARBARA L. HARRIS CHIANG (SBN 206892)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone: (415) 397-2700
Facsimile: (415) 397-3300

Attorneys for Defendants
R & L BROSAMER, INC., GUY CULP,
JOHN POLEGAR, SHAWN OTHEIM and
JOSE ESCOBEDO

LAW OFFICES OF SOFIAN SOLOMON DAWOOD
Monterey Building
7170 N. Financial Drive, Suite 101
Fresno, California 93720

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

CHARLENE SHOEMAKER, an individual,

Plaintiff,

v.

R & L BROSAMER, INC., a California corporation; GUY CULP, an individual; JOHN POLEGARD, an individual; SHAWN OTHEIM, an individual; JOSE ESCOBEDO, an individual; and DOES 1 through 120, inclusive,

Defendants.

Case No. CV 08-3098 WDB

**STIPULATION TO EXTEND DEADLINE FOR MEDIATION; AND ORDER**

Date: N/A
Time: N/A
Place:

///

Case 4:08-cv-03098-WDB Document 49 Filed 11/10/2008 Page 2 of 4

LAW OFFICES OF SOFIAN SOLOMON DAWOOD
Monterey Building
7170 N. Financial Drive, Suite 101
Fresno, California 93720

# I.

## STIPULATION

Plaintiff CHARLENE SHOEMAKER and Defendants R & L BROSAMER, INC., GUY CULP, JOHN POLEGARD, SHAWN OTHEIM, and JOSE ESCOBEDO (collectively, the "Parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, per the Court's scheduling order, the final date that mediation can be held in the above-captioned matter is November 28, 2008;

WHEREAS, due to scheduling the agreed upon depositions prior to mediation, the Parties are unable to complete mediation by November 28, 2008 (the deposition of R & L Brosamer, Inc. is scheduled to take place on November 21, 2008);

WHEREAS, the Parties and the Court-appointed mediator, Sue J. Stott, are able and agreeable to conducting the mediation on December 8, 2008; and

WHEREAS, the Parties agree that, based on the above facts, cause exists for extending the time for the Parties to complete mediation in the above-captioned matter, through and including December 16, 2008;

///

///

///

///

///

///

///

///

///

///

///

///

Case 4:08-cv-03098-WDB Document 49 Filed 11/10/2008 Page 3 of 4

THE PARTIES HEREBY STIPULATE as follows: The final date on which the Parties may hold mediation in the above-captioned matter shall be extended from November 28, 2008 to December 16, 2008.

SO STIPULATED.

Dated: 11/7/2008

LAW OFFICES OF SOFIAN SOLOMON DAWOOD

By /s/ Sofian Dawood
Sofian Dawood, Attorneys for Plaintiff CHARLENE SHOEMAKER

Dated: 11/7/2008

BOULDEN & GIANNETTA
A PROFESSIONAL LAW CORPORATION

By /s/ Jessica L. Giannetta
Jessica L. Giannetta, Attorneys for Plaintiff CHARLENE SHOEMAKER

Dated: 11/7/2008

DILLINGHAM & MURPHY, LLP

By: /s/ Carla J. Hartley
Carla J. Hartley, Attorneys for Defendants R & L BROSAMER, INC., GUY CULP, JOHN POLEGAR, SHAWN OTHEIM and JOSE ESCOBEDO

LAW OFFICES OF SOFIAN SOLOMON DAWOOD
Monterey Building
7170 N. Financial Drive, Suite 101
Fresno, California 93720

LAW OFFICES OF SOFIAN SOLOMON DAWOOD
Monterey Building
7170 N. Financial Drive, Suite 101
Fresno, California 93720

II.

**ORDER**

Based upon the Stipulation of the Parties and good cause appearing,

IT IS HEREBY ORDERED THAT the final date on which the Parties may hold mediation in the above-captioned matter shall be extended from November 28, 2008 to December 16, 2008.

Dated: 11/12/08 [signature]

UNITED STATES ~~DISTRICT COURT~~ Magistrate JUDGE