UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHOEMAKER,

    Plaintiff,

v.

R&L BROSAMER, INC., et al.

    Defendant.

_____/

No. C 08-3098 WDB

ORDER GRANTING IN PART AND DENYING IN PART CERTAIN DEFENDANTS' REQUESTS TO APPEAR BY PHONE AT THE MEDIATION

Having considered the request by defense counsel and all pertinent circumstances, the Court GRANTS the requests by defendants John Polegard, Shawn Othein, and Jose Escobedo to appear at the mediation on December 8, 2008, by phone, but DENIES the request to so appear by defendant Guy Culp, who must appear at the mediation in person. Allegations about Mr. Culp's conduct are central to this lawsuit and no showing has been made that requiring him to comply with the ADR Local Rules would impose "an extraordinary or otherwise unjustifiable hardship" on him. ADR L.R. 6-9(d).

IT IS SO ORDERED.

Dated: November 13, 2008

_____
WAYNE D. BRAZIL
United States Magistrate Judge

1